

# STATE OF TENNESSEE
# BOARD OF JUDICIAL CONDUCT

403 Seventh Avenue North, Room 202
Nashville, Tennessee 37243
Phone: (615) 685-6156

## COMPLAINT AGAINST A JUDGE UNDER THE CODE OF JUDICIAL CONDUCT

Your Name: Christopher Peterson
(Please type or print)
Address: 330 PReserevation circle Johnson city tn 37601
Email: Petersonchris072882@gmail.com
Phone: Daytime 423-620-3375  Evening 420-620-3375

Judge's Name: _____
Court Name: Washington county session court Jonesborough
County: Washington county tennessee

### FACTS
(You may attach additional pages if necessary)

1. When and where did this happen?
   Date(s): March 22-2022  Time: 930 AM  Location: Jonesborough tn court

2. If your information arises out of a court case, please answer these questions:

   a) What is the name and number of the case?
      Case name: Christopher Peterson  Case No. 159-378
      villation of oRdeR of Pertection

   b) What kind of case is it?
      Criminal ☑  Domestic relations ☐  General sessions ☑  Probate ☐
      Civil ☑    Juvenile ☐           Other (specify) ____

   c) What is your relationship to the case?
      Plaintiff/Petitioner ☐           Defendant/Respondent ☑
      Attorney for _____        Other (specify): _____ Witness for ____

   d) If you were represented by an attorney(s) in this matter at the time, please identify the attorney(s):
      Name(s): NA
      Address(es): _____
      Phone: _____

e) Identify attorney(s) who represented other parties involved in the case:
Name of attorney: _Assitent District Attorney_
Address: _____
Phone: _____ Represented: _____

3. List documents that support your allegations that the judge engaged in ethical misconduct, noting which documents you have attached:
_They wont give me copy of transripts of session court senence me to 150 days after plea nartey hearing._

4. Identify any witnesses to the conduct of the judge:
Name(s): _Sessions court general sessions court Jonesborough TN_
Address(es): _transsoripts 37659_
Phone: _423-788-1425_

5. Specify below the details of what the judge did that you think constitutes ethical misconduct. Please be as detailed and specific as possible. (Type or print legibly. Attach additional pages if necessary.)

_I was charged by washington county tennessee sherff office for villation of order of pertection and my attorney was cross examan the witness witch is my exwife and the court caught her lying on stand and the judge bounds it over to criminal court on tryed to make me to take 225 days in Jail and they wood drop appeal that I had filled to get it over turn were the state of tennessee washington county court same Judge had a Plennairt hering on villation of probation and instead of bounding it over to criminail court the judge senence me to serve 150 days in Jail starting now and I was hand cuffed and took to Jail and I stayed in Jail 15 days thin brought back to court and they said your appeal has been moved to criminial court and they will senence u to 150 days and they let me go free of charge itill 6-6-2022 I have to show_

SIGNATURE: _____

DATE: _____

_up for apeal on the villition of m-sanucter probation in crimnial court but It should not been appeal because General session court shouldnt have put my in Jail tntill It was bound over to crimnial court and had a chance to show why_

there holding a villation of missiatomder villation over my head because they messed up and senence me to serve 150 days in jail when they was not post to senence me it should have been bound over to crimnial court for a trail but they put me in jail after plenaning hering in session court Jonesbough tennessee and I was put in jail after this for villation of order of pertection because my wife tected me and now its also been bound over to crimnial court with vilition appeal when session court should nt thrown me in jail after plemnaing hering and when picked up on vilition of order of pertection my bound was set at 7500 dollars and then raised 2 days later to 15,000 dollars witch my family has paid 1587 dollars to get me out of jail for vilition of order of pertection that bond was higher than anyone has ever had in the state or disterict for vilition of order of pertection so this makes over 30 missameter charges and 10 fellon charges that I've been falsey accused of and throwed in jail over enuf is enuf please help me if u dont under stand this please call me 423-620-3375

Christian Belcher



# STATE OF TENNESSEE
# BOARD OF JUDICIAL CONDUCT
403 Seventh Avenue North, Room 202
Nashville, Tennessee 37243
Phone: (615) 685-6156

## COMPLAINT AGAINST A JUDGE UNDER THE CODE OF JUDICIAL CONDUCT

Your Name: Christopher Peterson
Address: 330 Preservation Circle Johnson City TN 37601
Email: petersonchris072882@gmail.com
Phone: Daytime 423-620-3375  Evening 423-557-4851
Judge's Name: Don Arnold + Robert Lincoln + Janet Vest Hardin
Court Name: Washington County General Sessions Court Tennessee
County: Washington County Tennessee

### FACTS
(You may attach additional pages if necessary)

1. When and where did this happen?
   Date(s): 4-4-2022   Time: 950 AM   Location: Washington County Courts

2. If your information arises out of a court case, please answer these questions:

   a) What is the name and number of the case?
      Case name: Christopher Peterson   Case No. _____

   b) What kind of case is it?
      Criminal ☐   Domestic relations ☐   General sessions ☑   Probate ☐
      Civil ☐     Juvenile ☐              Other (specify) _____

   c) What is your relationship to the case?
      Plaintiff/Petitioner ☐               Defendant/Respondent ☑
      Attorney for _____             Other (specify): Kathy Harris  Witness for __

Case 2:22-cv-00044-JRG-CRW   Document 1   Filed 04/18/22   Page 4 of 15   PageID #: 4

   d) If you were represented by an attorney(s) in this matter at the time, please identify the attorney(s):
      Name(s):

e) Identify attorney(s) who represented other parties involved in the case:
Name of attorney: Brad Sproles
Address: 4924 Fort Henry Drive B Kingsport TN
Phone: 423-239-8090 Represented: _____

3. List documents that support your allegations that the judge engaged in ethical misconduct, noting which documents you have attached:
I have been Falsely Acused over 30 diff times AND throwed IN Jail charges have been dismissed Now Ive been charged for violation of order protection

4. Identify any witnesses to the conduct of the judge:
Name(s): Kathy Jones
Address(es): 336 Preservation Circle Johnson City TN 37601
Phone: 423-418-0662

5. Specify below the details of what the judge did that you think constitutes ethical misconduct. Please be as detailed and specific as possible. (Type or print legibly. Attach additional pages if necessary.)

Ive been Falsely Arrested And Accused of 30 diff charges And now they have been dismissed they charge me for violation of order of protection x2 And there saying I sent text message checking on my son I didnt do this And the order of Protection should have been moved to devorce court with our devorce but they Are being crooked And now offering me 350 days In Jail for sending a text message no probation go to Jail they want me In Jail Now And its because they have hard on for me And I filed complant with doj And every since I did its been clear to see they Raised my bond from 7500 to 15000 on this charge And Ive Ask then to do there Job And charge my exwife for Attempted murder my exwife poured Rubbing Alcohol All over me And my son And set me And her self on Fire And Its nothing been done About that so they tell me dA office And sheriff office tell me there nathing they can do Another sitition the sheriff office comes to my Place And takes over 100,000 dollars worth of building materal And I ASK them For warrant they said they didnt need one

SIGNATURE: _____
DATE: 4-7-2022

And they still my buildings materials with out warrant Ive been throwed in Jail over 30 diff times this last 12 months All them charges have been dismissed besides the vilition of probation out of criminal count that Im out on Apeal on And the breaking order of protection that I didnt do is still pending they are out to rail road me And Ive had enough Ive spent over 109,000 dollars fighting All these false charges my civil Rights have been vilated

Christelbn Botmmn



# BOARD OF PROFESSIONAL RESPONSIBILITY
## of the
## SUPREME COURT OF TENNESSEE
10 Cadillac Drive Suite 220
Brentwood, TN 37027
FAX No: 615-367-2480
EMAIL: complaints@tbpr.org

# Complaint/Assistance Form

**Please check ONE of the following:**
I would like to file a formal complaint: ☑  OR  I would rather file an informal request for assistance: ☑

Your Name: Mr. ☑  Mrs. ☐  Ms. ☐  Miss ☐

Your Home Address: 330 Preservation Circle Johnson City TN 37601

Email: petersonchris072882@gmail.com  Check box if incarcerated: ☐  Inmate ID#: _____

Your Home Phone: 423-557-4851  Your Work Phone: 423-418-0662  Your Cell Phone: 423-620-3375

Your Employer: Leak doctor Roofing

Your Work Address: 292 New hope Rd Jonesborough TN 37659

Where do you prefer to receive correspondence? Home address ☑  Work Address ☐

Lawyer's Name: 3 Assistant district Attorneys  Lawyer's Phone: 423-753-5020

Lawyer's Address: 108 W Jackson Blvd Jonesborough TN 37659

(Fill out a **separate form** for each lawyer you are complaining about. Do not include the name of the law firm.)

The above lawyer is: My attorney:___ Opposing attorney:___ Other: Assistant district Attorneys

Date of first contact with Lawyer: About 1 Year Ago  Date of last contact with Lawyer: April-4-2022

Is your case: Criminal ☑  Civil ☐  Case# _____  County: Washington county

If your case is in a Federal District, please check one of the following districts: Eastern ☐  Middle ☐  Western ☐

**Please check the case type:**

Bankruptcy___ Domestic (Family)___ General Civil___ Personal Injury___ Workers Comp___ Estate___

Social Security___ Real Estate___ Other (please describe): _____

Criminal (if this is a Criminal case, please list the charge[s]): Violation of order of protection I've been Falsely Accused of 30+ Felony charges that have done been dismissed violation of protection still pending

Stage of the Criminal Case: And Ass dA is trying to lock me up for 12 months for sending a text to my wife to check on my son

Trial or Pre-Trial ✓  Direct Appeal___ Post-Conviction___ Post-Conviction Appeal___ Habeas Corpus___

Violation of Probation/Parole___ Other: this makes over 100 felonys

And 50 misdemeanors charges I've been throwed in Jail over and All them have been dismised besides breaking order of protection no body in this county has been sentenced to a Year in Jail they get less than 10 days in Jail

**CLEARLY DESCRIBE YOUR CONCERNS AND ATTACH SUPPORTING DOCUMENTS:** And they get Released on or bond Free they Keep setting my bonds 10 times Higher than Anyone else with same charges my bond was set 7500 thin Raised to 15,000 3 days Later I'M tired of being wrongLey charged And throwen In Jail Like this there 3 Assistant district Attorney thats trying everything they can to throw me under the Jail - my wife Poured rubbing Alcohol All over me And my son And they set me And her self on Fire And its took me two years to get them to make Report And thin I'm told there nothing they can do to her she commited Attempted First degree murder And nothing can be done About It I'M In Process of Failing united states suPRum court Law suit Against them I dont know what else I can do to Put stop to All this

If more space is needed, please attach extra pages. Please do not write on the back of this form.

In the event our office is unable to reach you, please provide the name and address of an alternate contact person:

gail whaley 423-557-4851 there going throw me in Jail because I failed complant with DoJ Against them

---

**NOTE:** The filing of this complaint does not create an attorney-client relationship and the Board will not provide you any legal advice. The Board does not intervene in any on-going legal matter. The Board cannot require a lawyer to do, or not do, anything until a finding of misconduct is made. Filing a complaint with the Board will not preserve your legal rights and remedies. You should pursue independent legal advice and counsel concerning your legal matters. You may have limited time (statute of limitations) to file a legal malpractice lawsuit.

The information given in this complaint is true to the best of my knowledge and belief. I am aware that the lawyer may be notified of my complaint.

YOUR SIGNATURE: Christopher Peterson    Date: 4-7-2022

**FORWARD TO:** Board of Professional Responsibility
10 Cadillac Drive Suite 220
Brentwood, TN 37027
FAX NO: 615-367-2480
EMAIL: complaints@tbpr.org

| OFFICE USE ONLY |
| --- |
| Log: / / |
| DC: Action: |
| Case Type: |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
## AT _____

**FILED**

[date illegible]

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

Christopher Peterson )
_____ )
_____ )
Name of plaintiff(s) )
)
v. )  Case No. _____
)  (to be assigned by Clerk)
eastern district )
Judicial system )
washington county sheriff office )
Name of defendant(s)
Jc Police dept And carter county sheriff office
And washington county VA sheriff office

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

_____
_____

2. Plaintiff, __Christopher Dewayne Peterson__ resides at
__292 New Hope Rd.__, __Jonesborough__
street address                                  city

__Washington Co.__, __TN__, __37659__, __423-262-6781__
county            state      zip code      telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

_____
_____

1

*Christopher Peterson* (signature)

Case 2:22-cv-00044-JRG-CRW   Document 1   Filed 04/18/22   Page 9 of 15   PageID #: 9

*Christopher Coleman* (signature)

FILED

Clerk, U.S. District Court
Eastern District of Tennessee
At Greeneville

3. Defendant, __Washington Co. Sheriffs office__ lives at, or its business is located at
__112 W. Jackson Blvd__, __Jonesborough__,
street address / city
__Washington__, __TN__, __37659__.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

Johnson city Police dept
601 e Main st Johnson city
tenn 37601

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

carter county sheriff office 900 e elk Ave Elizabethton TN 37643.

My wife poared rubbing Alcohol all over me And my 3 year old son And set me And her self on fire every since I've got out of ICU hospital Johnson city I went to washington county to make Report to tell them what my wife did to me And the washington county sherF office tell me there nothing they can do I've beged them to make Report And to Investgation And they will not make Report or do Investgation because one of there officer is having Affair with my wife so he is stoping me taking me to jail everytime he sees me And he has continuously harassing me puting me in jail

April 27, 2017  *Christopher Peterman* (signature)   FILED

When I got off work I went to pick up Chance from my mother's. It was a little after 10pm when I got home with him. As we were walking up to the door I noticed the door was cracked open a little and I remembered locking it that morning when I left. As I walked through the door, no lights were on and I felt something wet splash on me. Chance was holding onto my pants leg so he was possibly splashed as well. He was 3 years old at the time. I walked over and turned kitchen light on and Trista Kennedy-Peterson was standing there holding a bottle of rubbing alcohol. She turned and picked up a lighter and flicked it once and nothing happened. She flicked it a second time and her whole body was engulfed in flames. I ran towards her to try to help put out the fire and she started running towards the bathroom. In the process of trying to help her, I went up in flames as well. I was on fire from the top of my head down to my neck. After I stopped the fire from spreading, I went to the kitchen sink to spray myself off. All of her kids were present when this incident happened.

    Trista immediately started saying that I couldn't tell the truth about what she had done for the kids' sake saying Chance would be taking from us and she would lose all her other kids. I knew we both needed to go to the hospital. The babysitter was also there and witnessed what happened. She stayed with the kids and I went to Johnson City Medical Center. Trista said she needed to go to a different hospital so they couldn't figure out the truth of why we were both burned so bad. She went to Bristol Regional Medical Center. She had 3rd degree burns to her whole body. I also had 3rd degree burns to my head, face, and neck. I was in ICU for several days.

    I didn't have health insurance at the time so when I was released I feel that's why they didn't give me any cream or antibiotic. I went to Walgreens in Jonesborough to get a burn cream and a stranger pulled me to the side and told me he was a doctor and that I needed to go to the hospital because my burns were life threatening. I told him I just left the hospital. He told me he would see me in his office and write me a prescription for antibiotic so I wouldn't get a bacterial infection. He said regardless whether I had insurance or not the hospital should have not released me due to the extent of my burns especially without antibiotics or proper wound care. He said he was going to make an Active Labor Complaint against the Johnson City Medical Center. My sister drove me to his office at Watauga Recovery Center. He wrote me a prescription for an antibiotic and suboxone for pain.

    My sister drove me to Walgreens in Jonesborough to get prescriptions filled and then she took me to the Washington County Sheriff's Department to file a report on the incident and the officer laughed at me and said there was nothing they could do because I didn't file it the day of the incident. I explained to him that I was just released from the hospital. I asked for a supervisor and again was told there was nothing they could do. I have been to the Washington County Sheriff's Department over 20 times trying to get them to open an investigation and no on helps me.

    Trista admitted to me to having an affair with a Washington County Sheriff's officer. His name is Officer Ethan Brotherton. Since finding out, Officer Brotherton has tried to cause problems for me. He came to my place of business and opened the garage door and he called in 40ft tractor trailers to load up my building materials saying they were stolen. I asked to see the warrant and Officer Brotherton said he didn't have one but he was taking the materials. I

PS Now since I've filed complaint with DOJ the Washington County has had Johnson City Police dept Falsely charge me two more times I've been picked up

told him I had receipts from Lowe's, Home Depot, and Builder's First Source and he said he didn't care about receipts, he believed it was stolen. He said he would arrest me if I tried to stop him. If him or his supervisor see me, I am pulled over and arrested without cause or false charges that have since been dismissed. They've executed search warrants on my home looking for guns and ammo. Nothing has ever been found in these searches. They have also entered my home without a warrant or my permission claiming to be looking for a certain individual, breaking doors and trashing my home. Officer Brotherton told me on one occasion that if I went back to try to file a report against Trista over setting me on fire, he would make sure drugs and firearms would be found on my property. Officer Brotherton has put me in jail numerous times. On one occasion was for a car wreck that didn't happen. That caused my license to be suspended. Another time for Aggravated Assault that my was my brother but I was also arrested for it. Another time I was arrested for aggravated assault on a neighbor saying I had a gun and the neighbor went to court with me and admitted he lied. I was also made aware that statements were made from Washington County Sheriff's Department in TN to Washington County, VA police that I was nothing but a thieving piece of shit. I was charged with 2 counts of grand larceny in Washington County, VA which has since been dismissed but I spent 31 days in jail plus bonds. Officer Lloyd of Washington County, VA knew I had purchased a truck from someone and that I didn't steal it. My home security cameras were running while he told me this so it is recorded. Trista has taken out several Orders of Protection against me that Officer Brotherton signed off on. I was arrested 3 different times for this and spent several days in jail. Another time I was at Browns Mill Rd. Walmart with my niece at self check-out and all of sudden I was told to go with Johnson City Police Department because they thought I was trying to shoplift. I told them we were having trouble with the scanner. They immediately ask me what Officer Brotherton's problem was with me. I was arrested. I had cellophane with marijuana for a joint in it but the officer put in the arrest warrant that I had 4 Percocet and something looking like broken glass so I was charged with methamphetamine. Now DCS believes I am on drugs.

    Trista has made at least 20 allegations of me using drugs with DCS. My brother, Michael said she has videos of me doing drugs. These videos are from 2017. I have been clean and have passed probably 19 drug tests for DCS. She got a nexus burner pre-paid phone. She has been able to hack every phone I get even using different phone companies. I went through Sprint, T-Mobile and even Straight Talk and she still gets in my phones somehow. She changes my settings, location and turns on Bluetooth. She gets my contact lists and gets my text messages. She has also been able to audio record me. I have made complaints with phone companies and even google. She seems to be concerned with my drug use and try use it against me, even though I've been clean, to prevent me from reporting her about the fire but she has been using her kids urine to pass her drug tests for jobs and DCS. My son, Chance has even told me he had to pee for mommy.

    I also purchased a bobcat. I received a call to do some work in Elizabethton. Carter County police were there at job site when I arrived and arrested me for Theft over $10,000. I posted bond and was left in Carter county jail for 3 days before Washington County came to get me. I posted bond in Washington County and it was 38 days before I went in front of Judge.

*/s/ Christopher Rettman*

I demand Judgement For the Relief
I want the court to grant christopher
Peterson me 850 million dollars And
I want my wife to be charged For
setting me And her self on Fire And
For Attemped murder on our 3 Year old
son And me she made threats to burn
me And my son up Alive And 3 week
Later she committed the crime And
she Left A ton oF evendance behind
And I want oFFicer brotherton to be
charged For not making report And For
depriving me oF my constitutional Rights
And civil Rights under 34 u.s.c.
Title II oF the Americans
with disabitities oF 1990 And
section 504 oF the rehabilition
Act oF 1973 42 u.s.c. 12131 et seq
And 29 u.s.c. 794 ADA And
section 504

Title VI oF the civil Rights Act
oF 1964 And the oJP Program
statute 42 u.s.c. 2000 d.e.t.seq.
And 34 u.sc 10228

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Im asking for 850 million dollars to be granted to me for the Police misconduct
   b. And for Failure to Intervene Title 18 U.S.C section 242
   c. deprivation of rights under color of Law Title 18 U.S.C, section 245
   d. Federally Protected Activities Title 42 U.S.C section 14141

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this \_\_4 - 4\_\_ day of \_\_9\_\_, 20 22

FILED

18 0 9 22

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

_____
Christopher Coleman
Chris Coleman
Signature of plaintiff(s)

3

knows good and well that I did not commit any crime this make over 42 times I've been falsely arrested and throne in jail please help me officer brotherton made treats to put me away for Life because I Failed complaint with DOJ I was Arrested 1-15-2021 And Again on 1-22-2021 there well [?] that I'm not guilty of Any crime If someone will Read these Reports they can See that I'm not guilty of Any of these crimes everytime I Leave my driveway the VcPd is pulling me or my trucks over And searching them And Arrested me or my brother For no Reason only because officer brotherton is sleeping with my wife And I'm tired of being Arrest And tired of being throwed In Jail on False charges please help me I'm Really being Attacked And taking In